**Opinion issued June 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00321-CR

_____

**RONALD WAYNE SCHOFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case Nos. 34910 (Counts I & II)**

## MEMORANDUM OPINION

Appellant, Ronald Wayne Schofield, attempts to appeal from an order of the

trial court denying his motion for judgment nunc pro tunc. The denial of a motion

for judgment nunc pro tunc is not an appealable order. *See Lozano v. State*, No.

01-13-00180-CR, 2013 WL 2106570, at *1 (Tex. App.—Houston [1st Dist.] May

14, 2013, no pet.) (mem. op., not designated for publication); *Zelaya v. State*, Nos. 01-11-00977-CR, 01-11-00978-CR, 01-11-00979-CR, 2013 WL 127439, at \*1 (Tex. App.—Houston [1st Dist.] Jan. 10, 2013, no pet.) (mem. op., not designated for publication); *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd); *see also Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) ("If the trial court denies the motion for judgment *nunc pro tunc* or fails to respond, relief may be sought by filing an application for writ of mandamus in a court of appeals.").

Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).